**DAVID MARKMAN, ESQ.**
Nevada Bar No. 12440
**MARKMAN LAW**
4484 S. Pecos Rd Ste. 130
Las Vegas, Nevada 89121
Phone: (702) 843-5899
Fax: (702) 843-6010
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| TRISTA DEXTER, individually,<br><br>        Plaintiff,<br><br>vs.<br><br>LVGV, LLC dba THE M RESORT SPA CASINO, a domestic limited liability company; PENN ENTERTAINMENT, INC., a foreign corporation; THE BURKS COMPANIES, INC., a foreign corporation; and DOES I through X, and ROE BUSINESS ENTITIES XI through XX inclusive,<br><br>        Defendants. | CASE NO.:  2:26-cv-1509 -JAD-BNW<br><br>**Stipulation and Order to Dismiss Penn Entertainment, Inc.**<br><br>ECF No. 6 |

IT IS HEREBY STIPULATED by Plaintiff TRISTA DEXTER, Defendant LVGV, LLC dba THE M RESORT SPA CASINO and PENN ENTERTAINMENT, INC., that Plaintiff TRISTA DEXTER hereby dismisses her claims against PENN ENTERTAINMENT, INC. without prejudice. This stipulation in no way affects TRISTA DEXTER's claims against LVGV, LLC dba THE M RESORT SPA CASINO.

IT IS FURTHER STIPULATED AND AGREED TO that should discovery reveal that PENN ENTERTAINMENT, INC. is a responsible party, Plaintiff may amend her Complaint, to include PENN ENTERTAINMENT, INC. back into this lawsuit prior to the end of discovery.

1

Further, any such amendment will relate back to the filing of the original Complaint for all purposes, including the statute of limitations.

This stipulation is made based on the representation of Defendant's Counsel that PENN ENTERTAINMENT, INC. is not a responsible entity for potential judgment or settlement in this action.

This stipulation further contemplates that PENN ENTERTAINMENT, INC. may be reinserted into this action as a party defendant in the future if discovery reveals PENN ENTERTAINMENT, INC. bore any responsibility for the occurrence of the subject incident and or could be responsible for a judgment or settlement.

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

*Case No.: 2:26-cv-1509*
*Trista Dexter v. LVGV, LLC, et. al.*
*Stipulation and Order to Dismiss Penn Entertainment, Inc.*



**MARKMAN LAW**

/s/ Michael Lowry
Michael P. Lowry
Nevada Bar No. 10666
Attorneys for  LVGV, LLC & Penn
Entertainment, Inc.

/s/ David Markman
David Markman
Nevada Bar No. 12440
Attorneys for Plaintiff

## ORDER

Based on the parties' stipulation **[ECF No. 6]** and good cause appearing, IT IS ORDERED that the claims against Penn Entertainment, Inc. are DISMISSED without prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to TERMINATE Penn Entertainment, Inc. as a party in this case.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 16, 2026

2